UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RURAL & MIGRANT MINISTRY, ALIANZA
NACIONAL DE CAMPESINAS, FARMWORKER
ASSOCIATION OF FLORIDA, MIGRANT
CLINICIANS NETWORK, PINEROS Y CAMPESINOS
UNIDOS DEL NOROESTE, RURAL COALITION,
UNITED FARM WORKERS, UNITED FARM
WORKERS FOUNDATION, EL COMITE DE APOYO
A LOS TRABAJADORES AGRICOLAS, STATE OF
NEW YORK, STATE OF CALIFORNIA, STATE OF
ILLINOIS, STATE OF MARYLAND & STATE OF
MINNESOTA,
                                         Plaintiffs,

       -v-

ANDREW WHEELER & UNITED STATES
ENVIRONMENTAL PROTECTION AGENCY,

                                        Defendants.
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/21/2020

20-cv-10642 & 20-cv-10645

ORDER

LEWIS J. LIMAN, United States District Judge:

     These cases have both been assigned to the Court due to their relatedness. The Court has scheduled a hearing on an application for a temporary restraining order in 20-cv-10645 for Wednesday, December 23 at 5:00 p.m.

     For convenience, expedition, and judicial economy, the Court intends to consolidate the two cases into a single action. *See* Federal Rule of Civil Procedure 42(a)(2); *Johnson v. Celotex Corp.*, 899 F.2d 1281, 1284–85 (2d. Cir 1990) (noting that district courts have "broad discretion to determine whether consolidation is appropriate" and that "courts have taken the view that considerations of judicial economy favor consolidation"); *Garber v. Randell*, 477 F.2d 711, 714 (2d Cir. 1973) ("[C]onsolidation of stockholders' suits during pretrial stages pursuant to [Rule 42] may benefit both the court and the parties by expediting pretrial proceedings, avoiding duplication and harassment of parties and witnesses, and minimizing expenditure of time and money by all persons concerned.").

     IT IS HEREBY ORDERED that, by December 28, at 5:00 p.m., any party objecting to consolidation shall file a letter on ECF, not to exceed two pages, explaining why the cases should not be consolidated for all purposes.

     SO ORDERED.

Dated: December 21, 2020
      New York, New York

                                   LEWIS J. LIMAN
                               United States District Judge