UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/7/2021
```

------------------------------------------------------------------------X

STATE OF NEW YORK, STATE OF CALIFORNIA,      :
STATE OF ILLINOIS, STATE OF MARYLAND,        :
STATE OF MINNESOTA, RURAL & MIGRANT          :
MINISTRY, ALIANZA NACIONAL DE                :
CAMPESINAS, EL COMITE DE APOYO A LOS         :
TRABAJADORES AGRICOLAS, FARMWORKER           :
ASSOCIATION OF FLORIDA, MIGRANT              :
CLINICANS NETWORK, PINEROS Y CAMPESINOS      :
UNIDOS DEL NOROESTE, RURAL COALITION,        :
UNITED FARM WORKERS, UNITED FARM             :
WORKERS FOUNDATION,                          :
                              Plaintiffs,    :
                                             :
              -v-                            :
                                             :
UNITED STATES ENVIRONMENTAL PROTECTION       :
AGENCY and Andrew Wheeler, in his official capacity  :
as Administrator of the United States Environmental  :
Protection Agency,                           :
                                             :
                                             :
                              Defendants.    :
                                             :
------------------------------------------------------------------------X

20-cv-10642 & 20-cv-10645
ORDER

LEWIS J. LIMAN, United States District Judge:

       The above-captioned cases involve common questions of law and fact. For convenience, expedition, and judicial economy, and noting that no party has objected despite the opportunity to do so, the Court exercises its discretion to consolidate these cases into a single action. *See* Federal Rule of Civil Procedure 42(a)(2).

       The Clerk of Court is directed to consolidate all cases listed above under case number 20-cv-10642, and to close all other cases. **Counsel are directed to make filings only under case number 20-cv-10642.**

      SO ORDERED.

Dated: January 7, 2021
     New York, New York           _____
                               LEWIS J. LIMAN
                        United States District Judge