```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
STATE OF NEW YORK, STATE OF CALIFORNIA,          :
STATE OF ILLINOIS, STATE OF MARYLAND,             :
STATE OF MINNESOTA, RURAL & MIGRANT               :
MINISTRY, ALIANZA NACIONAL DE                     :
CAMPESINAS, EL COMITE DE APOYO A LOS              :     20-cv-10642 (LJL)
TRABAJADORES AGRICOLAS, FARMWORKER                :
ASSOCIATION OF FLORIDA, MIGRANT                   :     ORDER
CLINICANS NETWORK, PINEROS Y CAMPESINOS           :
UNIDOS DEL NOROESTE, RURAL COALITION,             :
UNITED FARM WORKERS, UNITED FARM                  :
WORKERS FOUNDATION,                               :
                                  Plaintiffs,    :
         -v-                                      :
                                                  :
UNITED STATES ENVIRONMENTAL PROTECTION            :
AGENCY and Andrew Wheeler, in his official capacity :
as Administrator of the United States Environmental :
Protection Agency,                                :
                                                  :
                                                  :
                                  Defendants.     :
                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/14/2021

LEWIS J. LIMAN, United States District Judge:

On January 7, 2021, the Government alerted the Court that it had discovered an error in certain information underlying the EPA rule, Pesticides—Agricultural Worker Protection Standard: Revision of the Application Exclusion Zone Requirements ("2020 Rule"). Dkt. No. 17. By order dated January 8, 2021, the Court directed the Government to submit the record and to make any needed corrections to the record or its papers by January 15, 2020. Dkt. No. 19. The Government has informed the Court that it will need until January 19, 2021 to complete its evaluation of the error and its effect on the 2020 Rule. Dkt. No. 28. The Government's motion to update the Court and Plaintiffs of the impact, if any, of the error on the 2020 Rule by January 19, 2021 is granted. The deadline for Plaintiffs to submit their letter addressing the impact, if any, of the error on the 2020 Rule is extended to January 21, 2021. The hearing previously scheduled for January 21, 2021 is adjourned until January 22, 2021 at 3:30 p.m. Finding good cause, in light of the Government's request for an extension until January 19, 2021 to address the impact of the error on the 2020 Rule, the temporary restraining order and stay of the effective date of the 2020 Rule is extended to January 25, 2021 at 5:00 p.m.

SO ORDERED.

Dated: January 14, 2021
     New York, New York

                                              LEWIS J. LIMAN
                                       United States District Judge