UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

STATE OF NEW YORK, STATE OF CALIFORNIA,
STATE OF ILLINOIS, STATE OF MARYLAND, and
STATE OF MINNESOTA,

                                Plaintiffs,

RURAL & MIGRANT MINISTRY, ALIANZA
NACIONAL DE CAMPESINAS, EL COMITE DE
APOYO A LOS TRABAJADORES AGRÍCOLAS,
FARMWORKER ASSOCIATION OF FLORIDA,
MIGRANT CLINICIANS NETWORK, PINEROS Y
CAMPESINOS UNIDOS DEL NOROESTE, RURAL
COALITION, UNITED FARM WORKERS, and
UNITED FARM WORKERS FOUNDATION,

                        Consolidated Plaintiffs,

                      -v-

UNITED STATES ENVIRONMENTAL PROTECTION
AGENCY and ANDREW WHEELER, in his official
capacity as Administrator of the United States
Environmental Protection Agency,

                        Defendants.

------------------------------------------------------------------X

20-cv-10642 (LJL)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__1/28/2021__

LEWIS J. LIMAN, United States District Judge:

       By order and opinion dated December 29, 2020, the Court granted a temporary
restraining order enjoining the EPA from implementing a final rule, which would have rolled
back portions of the Agricultural Worker Protection Standard.  *Rural & Migrant Ministry v.
Environmental Protection Agency*, 20-cv-10645, Dkt. No. 37 (S.D.N.Y. Dec. 29, 2020).  Shortly
before the temporary restraining order was set to expire, the Government alerted the Court that it
had discovered an error in the factual basis underlying the final rule.  The Government had cited
this incorrect information in its briefing and at oral argument.

       The Court now issues an amended opinion reflecting the facts that have now come to
light.  The amended opinion is revised only with respect to two footnotes (fns. 1, 4), which
explain the new information.  The amended opinion includes no changes to the Court's reasoning
or conclusions.

SO ORDERED.

Dated: January 28, 2021
New York, New York

_____
LEWIS J. LIMAN
United States District Judge