UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, STATE OF CALIFORNIA, STATE OF ILLINOIS, STATE OF MARYLAND, and STATE OF MINNESOTA,<br><br>        Plaintiffs,<br><br>RURAL & MIGRANT MINISTRY, ALIANZA NACIONAL DE CAMPESINAS, EL COMITE DE APOYO A LOS TRABAJADORES AGRÍCOLAS, FARMWORKER ASSOCIATION OF FLORIDA, MIGRANT CLINICIANS NETWORK, PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE, RURAL COALITION, UNITED FARM WORKERS, and UNITED FARM WORKERS FOUNDATION,<br><br>        Consolidated Plaintiffs,<br><br>    -v-<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and ANDREW WHEELER, in his official capacity as Administrator of the United States Environmental Protection Agency,<br><br>        Defendants. | 20-cv-10642<br><br>ORDER FOR ADMISSION<br>PRO HAC VICE |

        The motion of Leigh K. Currie, for admission to practice Pro Hac Vice in the above captioned action is granted.

        Applicant has declared that she is a member of good standing of the bar of the state of Minnesota; and that her contact information is as follows:

Leigh K. Currie
Minnesota Attorney General's Office

445 Minnesota St., Suite 1400
Saint Paul, MN 55101
(651) 757-1291

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the State of Minnesota in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys

Dated: _____                    _____
                                                                              United States District Judge