UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, STATE OF CALIFORNIA, STATE OF ILLINOIS, STATE OF MARYLAND, and STATE OF MINNESOTA,<br><br>                    Plaintiffs,<br><br>RURAL & MIGRANT MINISTRY, ALIANZA NACIONAL DE CAMPESINAS, EL COMITE DE APOYO A LOS TRABAJADORES AGRÍCOLAS, FARMWORKER ASSOCIATION OF FLORIDA, MIGRANT CLINICIANS NETWORK, PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE, RURAL COALITION, UNITED FARM WORKERS, and UNITED FARM WORKERS FOUNDATION,<br><br>                  Consolidated Plaintiffs,<br><br>              -v-<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and MICHAEL S. REGAN, in his official capacity as Administrator of the United States Environmental Protection Agency,[1]<br><br>                  Defendants. | 20 Civ. 10642 (LJL)<br>(Consolidated)<br><br>**[PROPOSED] THIRD STIPULATION AND CONSENT ORDER FURTHER EXTENDING STAY AND EXTENDING INJUNCTION** |

       WHEREAS on December 16, 2020, plaintiffs Rural & Migrant Ministry, Alianza Nacional de Campesinas, El Comite de Apoyo a Los Trabajadores Agrícolas, Farmworker Association of Florida, Migrant Clinicians Network, Pineros y Campesinos Unidos del Noroeste, Rural Coalition, United Farm Workers, and United Farm Workers Foundation (together, "Organizational Plaintiffs") filed an action, No. 20 Civ. 10645, asserting claims under the

---

[1] Michael S. Regan was sworn in as Administrator of the Environmental Protection Agency on March 11, 2021, and was automatically substituted pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

Federal Insecticide, Fungicide, and Rodenticide Act, 7 U.S.C. § 136 *et seq.*, and the Administrative Procedure Act ("APA"), 5 U.S.C. § 701 *et seq.*, challenging a regulation promulgated by the U.S. Environmental Protection Agency ("EPA"), Pesticides—Agricultural Worker Protection Standard: Revision of the Application Exclusion Zone Requirements ("2020 Rule"), 85 Fed. Reg. 68,760 (Oct. 30, 2020);

WHEREAS also on December 16, 2020, the states of New York, California, Illinois, Maryland, and Minnesota (together, "State Plaintiffs"), also filed an action, No. 20 Civ. 10642, asserting claims challenging the 2020 Rule under the APA;

WHEREAS on December 28, 2020, the Court issued a temporary restraining order and stay postponing the effective date of the 2020 Rule until January 11, 2021, and issued an Opinion and Order the following day, *see* No. 20 Civ. 10645, Dkt. Nos. 35, 37;

WHEREAS on January 7, 2021, EPA advised the Court that it had identified an error in information underlying the 2020 Rule and needed sufficient time to evaluate the issue and determine its effect, if any, on the 2020 Rule, *see* Dkt. No. 17;

WHEREAS since that time the effective date of the 2020 Rule has subsequently been stayed and restrained, both by orders of the Court and subsequently by stipulations between the parties, *see* Dkt. Nos. 19, 30, 40, 45, 50;

WHEREAS at this time, EPA continues to consider, and the parties are discussing, possible means by which EPA may proceed with respect to the 2020 Rule and whereby these consolidated actions may be resolved, and therefore the parties believe a further stay of the effective date of the 2020 Rule is appropriate;

NOW, THEREFORE, it is stipulated and agreed, and the Court hereby orders, as follows:

1. With the consent of the Organizational Plaintiffs and EPA,[2] the stay of the effective date of the 2020 Rule under 5 U.S.C. § 705 shall be further extended through August 18, 2021, and the preliminary injunction shall likewise be extended such that it enjoins and restrains EPA from taking any action to make effective the 2020 Rule through the same date.

2. All proceedings in these consolidated actions, including the deadlines to answer or otherwise respond to the complaints in these consolidated actions, shall be stayed through August 18, 2021.

3. EPA shall provide a status update by August 11, 2021.

4. Counsel for EPA will file this Stipulation and Consent Order via ECF on behalf of all parties.  Pursuant to Section 8.5(b) of the Electronic Case Filing Rules & Instructions of the U.S. District Court, Southern District of New York, counsel for all parties consent to the electronic filing of this Stipulation and Consent Order by counsel for EPA.

5. The terms of this Stipulation and Consent Order shall become effective upon its entry by the Court.  If the Stipulation and Consent Order is not approved and entered by the Court, it shall be null and void, with no force or effect.

Dated: June 11, 2021

        /s/ Carrie Apfel
Carrie Apfel
Earthjustice
1001 G Street, NW, Suite 1000
Washington, DC 20001
capfel@earthjustice.org

---

[2] The State Plaintiffs consent to the relief requested in this Stipulation and Consent Order.

        Eve Gartner
        Surbhi Sarang
        Kara Goad
        Earthjustice
        48 Wall Street, 19th Floor
        New York, NY 10005
        egartner@earthjustice.org
        ssarang@earthjustice.org
        kgoad@earthjustice.org

        Iris Figueroa
        Trent Taylor
        Farmworker Justice
        1126 16th St., NW, Suite LL-101
        Washington, DC 20036
        ifigueroa@farmworkerjustice.org
        ttaylor@farmworkerjustice.org

        *Counsel for the Organizational Plaintiffs*

Dated: June 11, 2021

        AUDREY STRAUSS
        United States Attorney for the
        Southern District of New York

By:    s/ Anthony J. Sun
        SAMUEL DOLINGER
        ANTHONY J. SUN
        Assistant United States Attorneys
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Tel.: (212) 637-2677 / 2810
        E-mail: samuel.dolinger@usdoj.gov
                  anthony.sun@usdoj.gov

        *Counsel for Defendants*

SO ORDERED:

_____
HONORABLE LEWIS J. LIMAN
United States District Judge

Dated: 6/14/2021
      _____
      New York, New York

4