

February 28, 2025

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 701
New York, NY 10007

    RE:    *State of New York et al. v. EPA et al.*; *Rural & Migrant Ministry et al. v. EPA et al.*, 20 Civ. 10642 (LJL) (consolidated), Environmental Plaintiffs' Motion for Attorneys' Fees and Costs under the Equal Access to Justice Act.

Dear Judge Liman,

    Plaintiffs Rural & Migrant Ministry, Alianza Nacional De Campesinas, El Comite De Apoyo a Los Trabajadores Agrícolas, Farmworker Association of Florida, Migrant Clinicians Network, Pineros y Campesinos Unidos Del Noroeste, Rural Coalition, United Farmworkers, and United Farmworkers Foundation (collectively, "Environmental Plaintiffs") write to withdraw their Motion for Attorneys' Fees, filed on December 9, 2024. *See* Mot. for Att'ys' Fees, Dec. 9, 2024, ECF No. 97.

    Pursuant to this Court's November 27, 2024 Order, Environmental Plaintiffs filed their Motion for Attorneys' Fees to preserve their right to seek fees. This Court extended the time for Environmental Plaintiffs to file a brief in support of their motion until 21 days after the Supreme Court issued a decision in *Lackey v. Stinnie*, No. 23-621 (U.S. argued Oct. 8, 2024). *See* Order, Nov. 27, 2024, ECF No. 96. On February 25, 2025, the Supreme Court rendered its decision in *Lackey*. *See Lackey v. Stinnie*, No. 23-621, slip op. (U.S. Feb. 25, 2025). Environmental Plaintiffs now seek to withdraw their Motion for Attorneys' Fees. Counsel for Environmental Plaintiffs have conferred with counsel for Defendants, and Defendants consent to the withdrawal of the motion.

                                Respectfully submitted,

                                /s/ Carrie Apfel
                                Carrie Apfel
                                Kara Goad
                                Earthjustice
                                1001 G Street, NW, Suite 1000
                                Washington, DC 20001
                                capfel@earthjustice.org
                                kgoad@earthjustice.org

                                *Continued*

Eve Gartner
Earthjustice
48 Wall Street, 15th Floor
New York, NY 10005
egartner@earthjustice.org

*Counsel for Plaintiffs*